UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SHAWNETA SALLEY-DAVIS, | ) C/A No. 4:10-1411-HFF-TER |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

  Plaintiff filed this action on June 2, 2010. Defendant filed an answer and copy of the transcript on October 7, 2010 (doc. #10). Plaintiff's brief was due on or before November 12, 2010. On November 11, 2010, plaintiff filed a motion for an extension of time to file the brief. This motion was granted and Plaintiff was given until December 13, 2010, to file her brief. On December 10, 2010, Plaintiff filed a second motion for extension of time to file her brief. This motion was granted on December 13, 2010, and Plaintiff was given until December 28, 2010, to file her brief. Plaintiff has not filed her brief.

  If Plaintiff does not file her brief within five (5) days of the date of this order, it will be recommended that the case be dismissed for failure to prosecute pursuant to Rule 41b of the Federal Rules of Civil Procedure, i.e., with prejudice.

  IT IS SO ORDERED.

                   s/Thomas E. Rogers, III
                   Thomas E. Rogers, III
                   United States Magistrate Judge

February 25, 2011
Florence, South Carolina